No. 76–1376. ROHAUER ET AL. *v.* KILLIAM SHOWS, INC., ET AL. C. A. 2d Cir. Motion of Authors League of America, Inc., for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 76–1493. BROWN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. MR. JUSTICE POWELL would grant certiorari.

No. 76–6114. MOORE *v.* TEXAS ET AL. Ct. Crim. App. Tex.; and

No. 76–6497. FLOYD *v.* GEORGIA. Sup. Ct. Ga. Certiorari denied.

MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia,* 428 U. S. 153, 227, 231 (1976), we would vacate the death sentences in these cases.